COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-055-CV

 

 

CLAYTON
LORENZO DOBBINS                                               APPELLANT

 

                                                   V.

 

HOLLY
R. BANKS                                                                   APPELLEE

 

                                               ----------

             FROM
THE 362ND DISTRICT COURT OF DENTON COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s
request to dismiss the appeal.  It is the
court=s
opinion that the request should be granted; therefore, we dismiss the
appeal.  See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

 

PER CURIAM

PANEL D:   DAUPHINOT, HOLMAN, and GARDNER, JJ.

 

DELIVERED: June 22, 2006











[1]See Tex. R. App. P. 47.4.